IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1956-AP

DAVID S. CANDELARIA,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | Christina J. Valerio |
| 402 W. 12th Street | Assistant Regional Counsel |
| Pueblo, CO 81003 | Social Security Administration |
| Telephone: (719) 543-8636 | Office of General Counsel |
| Fax: (719) 543-8403 | Region VIII |
| Facsimile: (303) 534-1949 | 1961 Stout, Suite 4169 |
| Email: seckarlaw@mindspring.com | Denver, CO 80294 |
| | Telephone: (303) 844-7348 |
| | Facsimile: (303) 844-0770 |
| | Christina.valerio@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:    July 23, 2013**

    **B.    Date Complaint Was Served on U.S. Attorney's Office:  September 3, 2013**

    **C.    Date Answer and Administrative Record Were Filed:  October 24, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.    Plaintiff's Opening Brief Due:         December 30, 2013**

    **B.    Defendant's Response Brief Due:       January 30, 2014**

    **C.    Plaintiff's Reply Brief (If Any) Due:    February 14, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement:**    Plaintiff does not request oral argument.

    **B.    Defendant's Statement:**   Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.     ( )     **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     ( X )     **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 14th day of November, 2013

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ *Michael W. Seckar*
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
Fax: (719) 543-8403
Facsimile: (303) 534-1949
Email: seckarlaw@mindspring.com

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov