IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1956-AP**

**DAVID CANDELARIA,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Fees Under the Equal Access to Justice Act, (doc. #20), filed April 9, 2014, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$2290.88**.

Dated at Denver, Colorado, this 9th day of April, 2014.

       BY THE COURT:

       *S/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT